NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ISMAEL ANTONIO MURPHY-RICHARDSON, *Petitioner*.

No. 1 CA-CR 23-0251 PRPC
FILED 05-16-2024

Petition for Review from the Superior Court in Maricopa County
Nos.  CR2016-002165-001
CR2016-002960-001
CR2018-102788-001
The Honorable Ronda R. Fisk, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Ismael Antonio Murphy-Richardson, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Samuel A. Thumma, Judge Jennifer B. Campbell, and Michael J. Brown delivered the following decision.

**PER CURIAM**:

**¶1**        Petitioner Ismael Antonio Murphy-Richardson seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is Murphy-Richardson's third and fourth petition.

**¶2**        Absent an abuse of discretion or legal error, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). Petitioner has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011).

**¶3**        This court has reviewed the record in this matter, the order denying the petition for post-conviction relief and the petition for review. This court finds the petitioner has not established error.

**¶4**        This court grants review but denies relief.

